FILED
7/8/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM LEE GRANT, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1838 (UNA) |
| ) | |
| DIRECTOR OF THE CENTRAL ) | |
| INTELLIGENCE AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Although plaintiff names a different defendant, the instant complaint is practically identical to the complaint plaintiff filed in another recent case. *See Grant v. Secretary of Defense*, No. 20-CV-1803 (D.D.C. June 29, 2020). The Court dismissed that complaint as frivolous, and will dismiss the instant complaint for the same reason. Plaintiff's application to proceed *in forma pauperis* will be granted.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: July 8, 2020

/s/
JAMES E. BOASBERG
United States District Judge